**Electronically Filed
Supreme Court
SCWC-20-0000565
28-SEP-2022
07:57 AM
Dkt. 22 ODAC**

SCWC-20-0000565

IN THE SUPRME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee

v.

LOGOVII TALO, Respondent/Defendant-Appellee, and JASON M. KRAMBERG, Petitioner/Real-Party-In-Interest-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000565; CR. N). 1PC161000667)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Wilson, and Eddins, JJ.,
and Circuit Judge Malinao, in place of Nakayama, J., recused.)

The application for writ of certiorari filed on August 4, 2022, by Petitioner/Real-Party-In-Interest-Appellant Jason M. Kramberg is hereby rejected.

DATED:     Honolulu, Hawai'i, September 28, 2022.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Clarissa Y. Malinao

